FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-0888
_____

ANTWANN D. BROWN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jason Jones, Judge.


September 11, 2024

PER CURIAM.

Appellant simultaneously filed both a timely motion to withdraw plea with the trial court and a notice of appeal. The trial judge entered an order dated April 19, 2023, holding the motion to withdraw plea in abeyance "until the First District Court of Appeal has considered whether the Defendant's notice of appeal was improperly filed." However, pursuant to Florida Rule of Appellate Procedure, 9.020(h)(2)(1)(I), a motion to withdraw plea after sentencing tolled rendition of the order. Thus, if a notice of appeal is filed before rendition of an order disposing of all such motions, the appeal must be held in abeyance until the motions are either withdrawn or resolved by the rendition of an order disposing of the last such motion. *See* Fla. App. R. Rule 9.020(h)(2)(C).

We remand for the trial judge to rule on Appellant's motion to withdraw plea, during which time this appeal will be held in abeyance.

REMANDED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.